UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YEN NGUYEN AND THUY NGA NGUYEN, | § § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 4:24-cv-509 |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § | (JURY) |
| Defendant | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

All matters in controversy between the parties have settled. The closing documents will be filed at a later date, and the parties request that the Court stay all pending deadlines, while the closing documents are prepared.

        Respectfully submitted,

        **LAW OFFICE OF JOHN STILLWELL, PLLC**

        By: *John w. Stillwell*
        **JOHN W. STILLWELL**
        Texas State Bar No. 19242800
        6213 Chapel Hill, Suite B
        972-403-7400 Office
        972-403-1100 Fax
        214-727-4200 Cell
        John @stillwellldallas.com

        **ATTORNEY FOR DEFENDANT**
        **ALLSTATE FIRE AND CASUALTY**
        **INSURANCE COMPANY**

CERTIFICATE OF SERVICE

      On June 9, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record electronically and/or by facsimile and/or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2) and by the Texas Rules of Civil Procedure.

      */s/ John W. Stilwell*
      JOHN W. STILWELL