IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YEN NGUYEN, ET AL., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:24-CV-00509-O |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice (ECF No. 19), filed August 4, 2025. The Motion is **GRANTED**. Having found that all matters in controversy between Plaintiffs and Defendant have been satisfied and settled between said parties, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the cause of action of Plaintiffs against Defendant should be **DISMISSED with prejudice**, and that the parties shall go hence without delay, directing that the costs of the court be borne by each party incurring same.

**SO ORDERED** on this **5th day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE